The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.



ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 08-08, KENNETH J. HIRZ, CLERK OF COURT

BY: /s/ KIM PEEL
DEPUTY CLERK

**Dated: 10:55 AM July 08, 2010**

BK1005609
SAB

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT CANTON

| | |
|---|---|
| IN RE: | Case No. 10-61493 |
| Joseph Andrew Wolfrum | Chapter 7<br>Judge Kendig |
| Debtor | |
| | **ORDER GRANTING MOTION OF U.S. BANK, N.A. FOR RELIEF FROM STAY AND ABANDONMENT 226 WOODLAWN AVENUE, BUCYRUS, OH 44820** |

     This matter came before the Court on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank, N.A. ("Movant"). (Docket **16**). Movant has alleged that good cause for granting the Motion exists, and that Debtor(s), counsel for the Debtor(s), the Chapter 7 Trustee, and all other necessary parties were served with the Motion, and with notice of the hearing date on the Motion. No party filed a response or otherwise appeared in opposition

to the Motion, or all responses have been withdrawn.  For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted.  The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Movant, its successors, and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 226 Woodlawn Avenue Bucyrus, OH 44820.

###

SUBMITTED BY:

/s/ Steven H Patterson
Steven H Patterson, Case Attorney
LERNER, SAMPSON & ROTHFUSS
Bar Registration No. 0073452
Romi T. Fox, Attorney
Bar Registration No. 0037174
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100 ext. 3373
(513) 354-6464 fax
nohbk@lsrlaw.com

Copies to:

Larry N Heiser, Esq. - Attorney for Debtor
495 S State St
Marion, OH 43302
lnheiser@aol.com
VIA ELECTRONIC SERVICE

Mandy Wolfrum - Creditor
226 Woodlawn Avenue
Bucyrus, OH 44820
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Josiah L. Mason - Trustee
P.O. Box 345
153 West Main Street
Ashland, OH 44805-2219
jlmasontrustee@zoominternet.net
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Steven H Patterson, Esq. - Attorney for Movant
PO Box 5480
Cincinnati, OH 45201-5480
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

Joseph Andrew Wolfrum - Debtor
226 Woodlawn Avenue
Bucyrus, OH 44820
ORDINARY U.S. MAIL, POSTAGE PRE-PAID